UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLMER AUGUSTO GALAN CEVALLOS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　Respondents. | No. 2:26-cv-0288-DAD-CKD P<br><br>ORDER |

　　　Petitioner proceeds through counsel on an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This case is referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and the Court's minute order entered on February 3, 2026. (ECF No. 7). Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the pending petition.

　　　In accordance with the above, IT IS ORDERED as follows:

1. Respondent is directed to file a response within 20 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/////

/////

/////

1

2. Petitioner's reply, if any, is due on or before 14 days from the date respondent's response is filed.

Dated: February 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ceva0288.res

2